# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RIVERSTONE AG MGT., INC., a California Corporation, ALEXANDRIA REYES, an individual,

Plaintiffs,

v.

MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive,

Defendants.

**CASE NO. 2:25-cv-11623-MWC-KS**

**ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE (DKT. 15)**

Pursuant to the Stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and good cause appearing, the stipulation is **GRANTED**. The Court retains jurisdiction to enforce and require compliance with the terms of the settlement agreement entered into by the parties. The entire action, including all claims and counterclaims stated herein against all parties, is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: May 5, 2026

By: _____
Hon. Michelle Williams Court
United States District Judge

- 1 -

ORDER